**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 14-7648

DARRELL BAILEY,

Plaintiff – Appellant,

v.

HAMPTON ROADS REGIONAL JAIL, Jail,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Arenda L. Wright Allen, District Judge. (2:14-cv-00199-AWA-TEM)

Submitted: January 15, 2015          Decided: January 21, 2015

Before WILKINSON and NIEMEYER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Darrell Bailey, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Darrell Bailey appeals the district court's order dismissing his civil action for failure to state a claim, pursuant to 28 U.S.C. § 1915A(b)(1) (2012), after concluding that his complaint alleged a tort claim not cognizable under 42 U.S.C. § 1983 (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Bailey v. Hampton Roads Reg'l Jail, No. 2:14-cv-00199-AWA-TEM (E.D. Va. filed Oct. 20, 2014; entered Oct. 23, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED